# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CATE STREET CAPITAL INC., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:14-cv-200-JDL |
| INDUSTRY INTELLIGENCE, INC., et al., | ) |
| Defendants. | ) |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 35) with the court on November 17, 2014, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired on December 4, 2014, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendants' Motions to Dismiss are **MOOT**.

**SO ORDERED.**

/s/ Jon D.Levy
**United States District Judge**

Dated this 10th day of December, 2014.